IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ADRIAN SINGLETON, et al.           :

    v.                                 :   Civil Action No. DKC 11-1823

DOMINO'S PIZZA, LLC                :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 25th day of January, 2012, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss the amended class action complaint filed by Defendant Domino's Pizza, LLC (ECF No. 22) BE, and the same hereby IS, DENIED; and

2. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                                  /s/
                                    DEBORAH K. CHASANOW
                                    United States District Judge